# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2737 Disciplinary Docket No. 3 |
| | : | |
| MARK A. HOFFMAN | : | Board File No. C2-20-336 |
| | : | |
| | : | Attorney Registration No. 29577 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of July, 2020, upon consideration of the Joint Petition to Temporarily Suspend an Attorney, the Joint Petition is granted, and Mark A. Hoffman is placed on immediate temporary suspension until further definitive action by this Court. *See* Pa.R.D.E. 208(f)(1). Respondent shall comply with all the provisions of Pa.R.D.E. 217. Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

This Order constitutes an imposition of public discipline pertaining to confidentiality. *See* Pa.R.D.E. 402.